# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DAVID D FRENDEN   § § § § § § §   Case No.: 09-08488
         PAMELA L FRENDEN

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2009.

2) This case was confirmed on 05/06/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/06/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/29/2009.

5) The case was converted on 08/24/2009.

6) Number of months from filing to the last payment:  1

7) Number of months case was pending:  8

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    45,853.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 1,202.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 1,202.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,115.46 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 86.54 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,202.00 |
| Attorney fees paid and disclosed by debtor | $ | 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PHH MORTGAGE SERVICE | SECURED | 259,627.09 | .00 | .00 | .00 | .00 |
| PHH MORTGAGE SERVICE | SECURED | NA | 670.47 | .00 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 1,915.83 | 2,000.51 | 2,000.51 | .00 | .00 |
| BANK OF AMERICA NA | SECURED | 11,700.00 | 15,311.50 | .00 | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 4,597.49 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 99,718.00 | .00 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | 59,848.09 | NA | NA | .00 | .00 |
| NATIONAL COLLEGIATE | UNSECURED | 10,312.00 | 11,135.19 | .00 | .00 | .00 |
| ALEXIAN BROTHERS HEA | UNSECURED | 29.94 | 29.94 | 29.94 | .00 | .00 |
| REVENUE CYCLE SOLUTI | OTHER | .00 | NA | NA | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 25,045.39 | 25,686.84 | 25,686.84 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 7,711.88 | 7,546.97 | 7,546.97 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 21,452.08 | 22,733.14 | 22,733.14 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 60.00 | 290.00 | 290.00 | .00 | .00 |
| DELL | OTHER | .00 | NA | NA | .00 | .00 |
| EDGEBROOK RADIOLOGY | UNSECURED | 53.80 | NA | NA | .00 | .00 |
| ELK GROVE LAB PHYSIC | UNSECURED | 5.00 | NA | NA | .00 | .00 |
| LABCORP | UNSECURED | 5.00 | NA | NA | .00 | .00 |
| NORTHSHORE UNIVERSIT | UNSECURED | 120.05 | NA | NA | .00 | .00 |
| NORTHSHORE UNIVERSIT | UNSECURED | 26.00 | NA | NA | .00 | .00 |
| NORTHSHORE UNIVERSIT | UNSECURED | 13.70 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 50.78 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 7,062.11 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                Claim         Claim         Claim      Principal    Int.   |
|   Name         Class    Scheduled     Asserted      Allowed       Paid      Paid  |
|                                                                                |
| MATTHEW FRENDEN      OTHER          .00           NA            NA         .00      .00  |
| PHH MORTGAGE         SECURED         NA          .00         700.00        .00      .00  |
| CAPITAL ONE          UNSECURED       NA       749.04         749.04        .00      .00  |
| JEFFERSON CAPITAL SY UNSECURED       NA     8,473.05       8,473.05        .00      .00  |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 700.00 | .00 | .00 |
| **TOTAL SECURED:** | 700.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 67,509.49 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,202.00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,202.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/24/2009          /s/ Tom Vaughn
                           Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**